BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00414-LJO |
| Plaintiff, | ) ) ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| RUBEN PEREZ-PEREZ, | ) ) ) | |
| Defendant. | ) ) ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ruben Perez-Perez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b), defendant Ruben Perez-Perez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. 2 HP Pavilion Laptop Computers;
   b. HP Mini Laptop 210;
   c. HP Photo Smart Printer;
   d. HP Photosmart Plus Printer;
   e. Cannon Image Class Photo Printer;
   f. Compaq Presario Desktop Computer;

```
         g. Compaq Presario Mid-Tower;
         h. Attache 1GB Thumbdrive;
         i. Ativa Thumbdrive;
         j. SanDisk 4GB Memory Card;
         k. SanDisk 2GB Thumbdrive;
         l. SanDisk 32MB Memory Card;
         m. SanDisk 256 MB Memory Card;
         n. SanDisk 2GB Mini SD Memory Card;
         o. SanDisk 2GB Cruzer Thumbdrive;
         p. SanDisk 128MB SD Memory Card;
         q. SanDisk 2GB Micro SD Memory Card;
         r. Samsung Computer Monitor;
         s. 2 Multiple Drive DVD Duplicators;
         t. Sony VIAO Laptop Computer;
         u. Sony 4GB SD HC Memory Card;
         v. Micro SD 2GB Memory Card;
         w. Black and Silver Thumbdrive;
         x. 1 GB Data Traveler Thumbdrive;
         y. GBC Creative Laminator;
         z. Fargo Pro LX ID Card Printer/Laminator;
         aa. 2 Bags Containing Card Making Supplies;
         bb. 3 Paper Cutters;
         cc. Approximately 906 Blank DVDs;
         dd. 4 Boxes and 2 Bags with DVD/CD Packaging
             Materials;
         ee. 1 Spiral Notebook;
         ff. Approximately $8,572 in United States
             currency; and
         gg. Approximately 12,008 Counterfeit Movie DVDs
             and Music CDs and Associated Counterfeit
             Artwork, Labels, and Packaging.
```

2.   The above-listed assets constitute any article, the making or trafficking of which is prohibited pursuant to 18 U.S.C. § 2318; any property used, or intended to be used, in any manner or part to commit or facilitate the commission of a violation of 18 U.S.C. § 2318; and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. § 2318.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   April 18, 2012**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE